[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 1, 2008
THOMAS K. KAHN
CLERK

No. 07-14984
Non-Argument Calendar

_____

D. C. Docket No. 06-00435-CR-CC-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CORY SEIGNIOUS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(August 1, 2008)**

Before ANDERSON, PRYOR and FAY, Circuit Judges.

PER CURIAM:

R. Gary Spencer, appointed counsel for Cory Seignious in this appeal, has

moved to withdraw from further representation of the appellant and has filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Seignious's convictions and sentences are **AFFIRMED**.